## ANGELUS BUILDING & INVESTMENT COMPANY, a Corporation, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 6580.

Circuit Court of Appeals, Ninth Circuit.
March 21, 1932.

George Bouchard and Joseph D. Brady, both of Los Angeles, Cal., for appellant.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and John G. Remy, Sp. Assts. to Atty. Gen., for respondent.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

JAMES, District Judge.

The petition for review of the decision of the Board of Tax Appeals, as made in the case under the above number, involves the same questions as were considered in case No. 6579 (C. C. A.) 57 F.(2d) 130, the only difference being that the tax assessed referred to the year 1923, whereas, in case No. 6579, the year involved was 1922. The parties stipulated that judgment in this case should follow the decision in case No. 6579.

The order of the Board of Tax Appeals is affirmed.